NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

CONVOLVE, INC. AND
MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
*Plaintiffs-Appellants,*

v.

COMPAQ COMPUTER CORPORATION,
*Defendant-Appellee,*

AND

SEAGATE TECHNOLOGY, LLC AND SEAGATE
TECHNOLOGY, INC.,
*Defendants-Appellees.*

2012-1074

Appeal from the United States District Court for the Southern District of New York in case no. 00-CV-5141, Judge George B. Daniels.

ON MOTION

ORDER

Seagate Technology, LLC, Seagate Technology, Inc., and Compaq Computer Corp. move without opposition for

a 60-day extension of time, until July 2, 2012, to file their principal briefs. Convolve, Inc. and Massachusetts Institute of Technology move without opposition for an extension of time, until August 15, 2012, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gregory A. Markel, Esq.
Carter G. Phillips, Esq.
Christopher D. Landgraff, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 0 2012

JAN HORBALY
CLERK